**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br><br>v.<br><br>CAMERON PAIGE,<br>IAN DENNIS,<br>EDEN GERMAIN,<br>JOE LEE MCQUAY,<br>a/k/a "45,"<br>a/k/a "Golden Eagle," and<br>KEITH NAVARRO-PALMER,<br>a/k/a "Monster" | : | Hon. Tonianne J. Bongiovanni<br><br>Mag. No. 26-mj-3047 (TJB)<br><br>**CRIMINAL COMPLAINT** |

I, Anip Patel, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

*s/ FBI SA Anip Patel*

Special Agent Anip Patel
Federal Bureau of Investigation

Special Agent Patel attested to this Complaint by telephone pursuant to FRCP 4.1(b)(2)(A).

Sworn to and subscribed via telephone, this 14 day of September, 2026

DISTRICT OF NEW JERSEY
County and State

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

ATTACHMENT A

**Count 1**
**(Agreeing to Receive and Receiving Bribes)**

From in or about May 2025 to in or about May 2026, in Burlington County in the District of New Jersey and elsewhere, defendants

CAMERON PAIGE and
IAN DENNIS

being public officials within the meaning of 18 U.S.C. § 201(a)(1) in that they were employed as corrections officers by the Federal Bureau of Prisons, did, directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept things of value, namely United States currency, personally in return for: (A) being influenced in the performance of official acts and (B) being induced to do and omit to do acts in violation of their official duties.

In violation of Title 18, United States Code, Sections 201(b)(2)(A), and (C), and Section 2.

## Count 2
**(Conspiracy to Provide Contraband in Prison)**

From in or about May 2025 to in or about May 2026, in Burlington County in the District of New Jersey and elsewhere, defendants

CAMERON PAIGE,
IAN DENNIS,
EDEN GERMAIN,
JOE LEE MCQUAY,
a/k/a "45,"
a/k/a "Golden Eagle," and
KEITH NAVARRO-PALMER,
a/k/a "Monster"

and others, known and unknown, did knowingly and intentionally conspire and agree with each other and others to: commit an offense against the United States, specifically, to provide and attempt to provide, in violation of a statute or a rule or order issued under a statute, prohibited objects to inmates of Federal Correctional Institution Fort Dix, including but not limited to marijuana, knives, tobacco, cell phones, vapes, cell phone chargers, and tool kits, contrary to Title 18, United States Code, Sections 1791(a)(1) and (d)(1)(B),(F)&(G).

In violation of Title 18, United States Code, Section 371.

ATTACHMENT B

I, Anip Patel, a Special Agent with the Federal Bureau of Investigation, personally participated in the investigation of this matter, having reviewed, among other materials, telephone records, electronic communications, statements made or reported by various witnesses with knowledge of the facts, and financial records, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the statements and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged. Dollar amounts, and other figures cited herein, are approximations.

## Relevant Individuals and Entities

1. At all times relevant to this Criminal Complaint:

a. The Federal Bureau of Prisons ("BOP") was an agency within the United States Department of Justice that was responsible for, among either things, guarding federal inmates in prisons.

b. Federal Correctional Institution Fort Dix ("Fort Dix") was a BOP facility located in Burlington County, New Jersey.

c. Federal inmates housed at Fort Dix were prohibited from possessing contraband. The Fort Dix Admissions and Orientation Inmate Handbook notified inmates that they were prohibited from possessing contraband in the facility. Items designated as contraband include any item or thing not authorized or issued by the institution, not received through appropriate channels, not purchased through the commissary, or used for unauthorized purposes.

d. Correctional Officers ("COs") employed by the BOP at Fort Dix were required, as part of their official duties, to ensure that the inmates followed the established rules at the prison, including the prohibition against possessing contraband.

e. Defendant Cameron Paige ("PAIGE") was a BOP CO assigned to Ft. Dix and a resident of Cinnaminson, New Jersey.

f. Until in or around October 2025, defendant Ian Dennis ("DENNIS") was a BOP CO assigned to Ft. Dix. DENNIS was a resident of Philadelphia, Pennsylvania.

g. Defendant Eden Germain ("GERMAIN") was a relative of PAIGE's and a resident of Delran, New Jersey.

h. Defendant Joe Lee Mcquay, a/k/a "45," a/k/a "Golden Eagle" ("MCQUAY") was an inmate who was serving a term of incarceration at Fort Dix. MCQUAY was transferred to another BOP facility in or around December 2025.

i. Defendant Keith Navarro-Palmer, a/k/a "Monster" (NAVARRO-PALMER") was an inmate who was serving a term of incarceration at Fort Dix.

j. MCQUAY and NAVARRO-PALMER used various contraband cellular phones to, among other things, communicate with co-conspirators and conduct financial transactions relating to the conspiracy.

k. Co-Conspirator-1 was a resident of Clayton, North Carolina and an associate of MCQUAY.

l. Individual-1 was an associate of PAIGE and GERMAIN who conducted financial transactions related to the contraband smuggling conspiracy at GERMAIN's direction and communicated telephonically with both PAIGE and GERMAIN.

m. Individual-2 was an associate of NAVARRO-PALMER's who used electronic payment platforms to send money related to the contraband smuggling conspiracy on behalf of NAVARRO-PALMER.

n. Co-Conspirator-2 was an inmate who was serving a term of incarceration at Fort Dix.

2. As further detailed below, PAIGE and DENNIS (collectively, the "Fort Dix COs") agreed to receive and accept money in exchange for providing MCQUAY, NAVARRO-PALMER, Co-Conspirator-2 (collectively, the "Inmates"), and other inmates with assistance in smuggling contraband, to include controlled substances, such as THC wax,[1] knives, tobacco, cell phones, cell phone chargers, vapes,[2] and tool kits, into Fort Dix, in violation of their official duties. Co-Conspirator-1 and GERMAIN aided the Fort Dix COs in, among other things, obtaining contraband and arranging for payment for the contraband between the Inmates and the Ft. Dix COs.

[1] THC wax is a potent, concentrated form of marijuana, extracted to create a waxy, sticky substance that can be ingested via vaping or smoking.

[2] A "vape," or e-cigarette, is a battery-powered device that heats a liquid containing chemicals such as nicotine and/or THC into an inhalable aerosol. Users then inhale this mist.

## Object of the Contraband Smuggling Conspiracy

3. It was an object of the conspiracy to smuggle the aforementioned contraband into Fort Dix so that the Inmates could both utilize the contraband and sell the contraband at a profit.

4. It was also an object of the conspiracy for the co-conspirators to profit financially. The Inmates profited from the sale of the contraband and PAIGE, DENNIS, GERMAIN, and Co-Conspirator-1 were paid for their roles in the scheme, which is further detailed below.

## Manner and Means of the Contraband Smuggling Conspiracy

5. It was part of the conspiracy that:

a. PAIGE's assignment within Fort Dix allowed him access to the Inmates and opportunities to meet with the Inmates in less public areas of the facility, to include cells and offices.

b. DENNIS was often assigned to administer searches of BOP employees who were reporting for work at Fort Dix, including PAIGE. In this role, DENNIS was responsible for performing physical searches of these employees and running the employees' personal belongings through a metal detector and x-ray machine that allowed DENNIS to view the belongings' contents.

c. In exchange for cash, PAIGE obtained contraband ordered by the Inmates. PAIGE obtained some of the contraband himself. He also obtained some of the contraband from GERMAIN and Co-Conspirator-1.

d. Co-Conspirator-1 obtained the contraband he/she provided to PAIGE after receiving telephonic instructions from MCQUAY, who used a contraband cellular phone to communicate with Co-Conspirator-1 and other co-conspirators.

e. In exchange for cash, DENNIS agreed to allow PAIGE to enter Fort Dix with the contraband without administering a proper search and without alerting facility authorities of the presence of the contraband.

f. PAIGE then delivered the contraband to MCQUAY and/or NAVARRO-PALMER, who distributed it among other inmates.

g. The defendants used electronic payment platforms, including Zelle, CashApp, Apple Pay, and/or Venmo,[3] to conduct financial transactions relating to the smuggling conspiracy. On occasion, the defendants took steps to conceal the corrupt nature of these financial transactions by funneling the money through multiple transactions involving their own accounts and accounts of family members and/or acquaintances. For example, the Inmates and others on the Inmates' behalf, such as Individual-2, often used Zelle, CashApp, Apple Pay, and/or Venmo to send money to GERMAIN and/or Individual-1, who then forwarded a portion of the funds to PAIGE and/or DENNIS. In total, during the course of the conspiracy, over $100,000 was transferred among the co-conspirators' electronic payment applications.

h. The defendants used cellular phones to communicate telephonically, including by sending text messages and by sending encrypted communications using platforms such as Telegram.[4] For example, on multiple occasions during the conspiracy, NAVARRO-PALMER used Telegram to send GERMAIN screenshots documenting quantities of money that NAVARRO-PALMER sent to GERMAIN via Zelle and CashApp.

i. On or about August 30, 2025, inside Fort Dix, MCQUAY used one of the contraband knives to stab another inmate during a dispute involving money.

j. In furtherance of the conspiracy, and at the direction of MCQUAY, Co-Conspirator-1 traveled from North Carolina to in or around Cherry Hill, New Jersey in order to provide cash and certain of the contraband to PAIGE. These meetings were arranged by multiple co-conspirators through the use of cellular phones. On several occasions, MCQUAY instructed Co-Conspirator-1 as to where to meet PAIGE

---

[3] Zelle is a United States–based digital payments network that allows customers to send money directly between almost any U.S. bank accounts, typically within minutes, with just an email address or U.S. mobile phone number. Cash App is a web application provided by Block Inc. (formerly, Square Inc.), which can be used to transfer funds between account holders. It can be downloaded to a cellular phone. Once downloaded, the user then provides the application with his mobile telephone number, in order to create a unique username, which the company refers to as a "$Cashtag." Creation of a $Cashtag automatically creates a shareable web address through which others can make payments. The application also allows users to link a bank account or debit card information to their account. Apple Pay is a mobile payment application that links a person's Apple devices to a person's credit or debit card so that they can make secure, contactless purchases and transfer money using an iPhone, Apple Watch, Mac, or iPad. Venmo is an American mobile payment service that allows users to pay and request money from others.

[4] Telegram is a cloud-based, encrypted messaging application that allows users to send text messages, make phone calls, and share files.

and communicated Co-Conspirator-1's time of arrival and location to GERMAIN, who then telephonically relayed the information to PAIGE.

k. MCQUAY used contraband cellular phones to provide Co-Conspirator-1 with a list of contraband items that she was to deliver to PAIGE, including but not limited to THC wax.

## Overt Acts

6. In furtherance of the conspiracy and to effect its unlawful object, the defendants committed the following acts, among others, in the District of New Jersey and elsewhere:

a. On at least three occasions, including on or about July 30, 2025, August 8, 2025, August 18, 2025, Co-Conspirator-1 traveled from North Carolina to a mall located in Cherry Hill, New Jersey (the "Mall"), at MCQUAY's instruction, to provide co-conspirators with contraband, including THC wax, that was to be smuggled into Fort Dix. Evidence of these transactions, which are referred to herein as the "July 30 Transaction," the "August 8 Transaction," and the "August 18 Transaction," includes, but is not limited to, license plate readers in the vicinity of the Mall that, on certain occasions, captured cars associated with PAIGE and/or rented by Co-Conspirator-1 as well as electronic messages between the co-conspirators, certain of which are detailed herein.

b. On or about July 27, 2025 – *i.e.*, approximately three days prior to the July 30 Transaction – MCQUAY used a contraband cellular phone to exchange electronic messages with Co-Conspirator-1 to discuss the upcoming July 30 Transaction. For example, MCQUAY wrote, "Either Tuesday or Wednesday .. I need you to drive up & meet officer to give him the wax and edibles." Co-Conspirator-1 responded, "ok bae." MCQUAY later wrote the following messages: "I will talk with him tonight," "I might have you put one o[u]nce in a bag .. Or better yet vacuum them individually .. with flavor written on them." MCQUAY also asked Co-Conspirator-1, "Can you weigh them up into 24 gram Oz's?" Based on my training and experience, I believe that MCQUAY was instructing Co-Conspirator-1 as to how he wanted Co-Conspirator-1 to package the contraband that they were planning to provide to PAIGE during the July 30 Transaction.

c. On or about July 29, 2025 – *i.e.*, the day before the July 30 transaction – MCQUAY used a contraband cellular phone to exchange electronic messages with Co-Conspirator-1 to discuss the upcoming transaction. During the conversation, MCQUAY asked Co-Conspirator-1, "Ok so you haven't touched none of the wax correct?" and "Did he have the samples of the edibles also," indicating that Co-Conspirator-1 had already retrieved the controlled substances that she provided to PAIGE during the July 30 Transaction.

d. On or about July 30, 2025 – *i.e.*, the date of the July 30 Transaction – GERMAIN exchanged a series of electronic messages during which GERMAIN informed PAIGE that Co-Conspirator-1, who they referred to as "she," was on her way to meet with PAIGE. During this conversation, which spanned several hours, PAIGE complained that Co-Conspirator-1 was late. GERMAIN's messages indicated that he was speaking with MCQUAY and that he had been informed that Co-Conspirator-1 was en route to meet with PAIGE. For example, PAIGE wrote, "Why not say it an hour ago [...] she two hours out?" and GERMAIN responded, "I'll keep you updated tho he [i.e., MCQUAY] also said she gotta go to [B]ank of America to give you some bread." PAIGE responded, "Yea all that's supposed to be done in advance they dumb [...] so she 35 minutes out?" GERMAIN answered, "Even tho this been planned for weeks. They mad unorganized on the[ir] end." Soon after, PAIGE wrote, "Shit crazy bro [...] This why bacco[5] is just so much more convenient [...] I grab it myself no issues."

e. Later on or about July 30, 2025, after GERMAIN texted PAIGE, "[t]hey bouta pull up," PAIGE responded, "[p]ark at 20." GERMAIN then texted Co-Conspirator-1, "The parking spots should be numbered park at 20 and ima pull up."

f. PAIGE later wrote to GERMAIN, "[h]e's basically getting everything for free besides the wax," as well as "[w]hen he sees the money he can make off of these move he's gonna 3x our salary willingly." Based on my training and experience and the investigation to date, I believe that PAIGE was complaining to GERMAIN that they were not making enough of a profit from the aforementioned transaction and that, once one of the Inmates – likely MCQUAY – realize how much of a profit he can make from the sale of the contraband within Fort Dix, the Inmates will increase the amount of money (PAIGE's "salary") that they provide to PAIGE and others.

g. On or about August 1, 2025 – approximately one week prior to the August 8 Transaction – GERMAIN and PAIGE used cell phones to exchange electronic messages relating to the conspiracy. GERMAIN asked, in relation to ordering cell phones that would then be smuggled into Fort Dix, "What you thinking," and PAIGE responded, "F—k what you thinking [...] I'm waiting for DENNIS bro. He's the key here." Based on my training and experience and the investigation to date, I believe that GERMAIN was asking PAIGE if GERMAIN should order the cellular phones in order for PAIGE to smuggle them into the Facility to provide to the Inmates. Also, PAIGE was explaining that he was waiting

[5] Based on my training and experience and the investigation to date, I believe that "bacco" was a reference to tobacco, which was a type of contraband that the co-conspirators smuggled into Ft. Dix. Further, I believe that PAIGE was indicating that it was more convenient to smuggle in tobacco – which he was able to buy directly – than other types of contraband, such as THC wax, which he had to obtain through others, such as Co-Conspirator-1.

for confirmation that DENNIS would be able to assist him with smuggling in the phones, as DENNIS, was often assigned to screen BOP employees entering Fort Dix. A few minutes later, GERMAIN confirmed the purchase of the cellular phones and PAIGE appeared to become inpatient, indicating, "F—k it!! Send emmm! But n—a not getting the magnets and vapes till next week now." Based on my training and experience and the investigation to date, I believe that PAIGE was indicating that he would attempt to smuggle in the purchased contraband and that other types of contraband, such as vapes and magnets, would have to wait. The two went on to discuss the prices of the contraband, with PAIGE indicating on or about August 5, 2025, "they can do it like last time so cash up front rest after drop."

h. On or about August 5, 2025 – approximately three days prior to the August 8 Transaction – GERMAIN and PAIGE exchanged additional electronic messages relating to the conspiracy. During these communications, GERMAIN stated, "Everything in motion now and I just wanna see if you got a limit before we start talking numbers and are you charging straight phones or you want bread for chargers too." PAIGE responded, "It depends. DENNIS gotta get taken care of too." GERMAIN then wrote, "Alright bet once ya figure out what numbers ya wanna do ima let it be known but everything in motion." Based on my training and experience and the investigation to date, I believe that PAIGE was explaining that he could not tell GERMAIN – who was communicating with MCQUAY – whether he would charge the Inmates a separate fee for smuggling in contraband cellular phone chargers until he had calculated how much of a profit both he and DENNIS would receive.

i. Soon after, PAIGE texted GERMAIN, "DENNIS said 10," and GERMAIN responded, "Okay bet so that's 10K what DENNIS want for the toll? And are you charging for the chargers?" PAIGE responded, not directly answering GERMAIN's question, but stating, "DENNIS need a band still." Based on my training and experience and the investigation to date, I believe that PAIGE was indicating to GERMAIN that DENNIS was expecting $10,000 for allowing PAIGE to smuggle in the contraband around DENNIS's screening process and that this cost was referred to as the "toll" they would have to pay to get the contraband into the facility undetected.

j. On or about August 8, 2025 – *i.e.*, the date of the August 8 Transaction – MCQUAY used a contraband cellular phone to exchange electronic messages with Co-Conspirator-1. During one such conversation, Co-Conspirator-1 wrote:

20 phones – 18 motos, 1 a15, 1 galaxy
8 oz of wax
20 cords
96 papers

10 vapes
i have 8 blocks – stopping to grab 12 more

Based on my training and experience and the investigation to date, I believe that Co-Conspirator-1 was informing MCQUAY of the contraband she had would provide for the August 8 Transaction, including 20 cellular phones, eight ounces of THC wax, cellular phone charging cables, rolling papers, 10 vapes, and 8 cellular phone charging blocks.

k. Later during her conversation with MCQUAY, Co-Conspirator-1 wrote, "[I]'m trying to text & drive," and later, "just talked to him[. I']m meeting him at the mall," indicating that Co-Conspirator-1 planned to travel to the Mall to conduct the August 8 Transaction.

l. On or about August 8, 2025 – *i.e.*, the date of the August 8 Transaction – Co-Conspirator-1 and GERMAIN communicated telephonically on at least five occasions, including at or around the same times as the conversation described in overt acts j and k, above.

m. On or about August 11, 2025 – *i.e.*, approximately one week prior to the August 18 Transaction – MCQUAY used a contraband cellular phone to text message Co-Conspirator-1, "Baby I need a pound of ALL CRUMBLE ... ONLY WAY I BUY IS IF THEY VACUUM SEAL THEM IN 16 OUNCES." Based on my training and experience and the investigation to date, I believe MCQUAY was asking Co-Conspirator-1 to procure him 16 ounce bags of THC wax, for sale inside Fort Dix. Co-Conspirator-1 responded, "when do you need it by ?" and MCQUAY explained, "I want it at least ready for next week .. 2 if possible .. also the 30 vapes Remember some things didn't come [...] Also I think dude is selling whatever I order to other n—as too," further explaining, "I believe him to have shorted me on the waxxx." Based on my training and experience and the investigation to date, I believe that, through this conversation, MCQUAY was instructing Co-Conspirator-1 as to what contraband she should obtain for transport to New Jersey for the August 18 Transaction. Further, I believe that MCQUAY was lamenting that PAIGE had provided a portion of the THC wax that was previously smuggled into Fort Dix – paid for by MCQUAY – to other inmates. During this conversation, MCQUAY also provided Co-Conspirator-1 with a list of what I recognize, based on my training and experience, to be a list of THC wax "flavors," including but not limited to strawberry kiwi, blue razz ice, cherry strazz, and miami mint, further indicating that the two were communicating in furtherance of the conspiracy.

n. On or about August 12, 2025 – *i.e.*, approximately four days after the August 8 Transaction and approximately six days prior to the August 18 Transaction – DENNIS and PAIGE exchanged a series of electronic messages to

discuss the amount of profit they expected to receive as a result of the conspiracy, as detailed below:

| | |
|---|---|
| PAIGE: | I wanna touch a Quarter pro. 50-100K between this and next weekend |
| DENNIS: | Bro know bull s—t it's there for us to touch that too |
| DENNIS: | 50k this weekend |
| PAIGE: | ["loved" the "50k this weekend" message] |
| PAIGE: | Yea bro. Like this weekend we can really do 10-20 in bacco alone |
| PAIGE: | Then next weekend theeeee mother load |
| PAIGE: | 20+ in phones 20+ in bacco both days [crying emoji] [laughing emoji] |
| DENNIS: | [laughing emoji] have that pound on fire [laughing emoji] |
| PAIGE: | NO BULL S—T |
| DENNIS: | Ima buy that fucking Wagoneer cash lol |
| PAIGE: | [laughed at "Ima buy that fucking Wagoneer cash lol] |
| PAIGE: | No bull s—t bro! |
| DENNIS: | This week we on another level bro |
| PAIGE: | I need it bro |

Based on my training and experience, and the investigation to date, I believe that DENNIS and PAIGE were discussing the profit they expected to make from their involvement in the conspiracy. For example, when PAIGE stated, "I wanna touch a [q]uarter," I believe he was referring to eventually earning approximately $250,000. When the two discussed the amount of money they expected to make "this weekend," I believe they were referring to the weekend prior to the August 18 Transaction, as further discussed in overt act o., below. Moreover, I believe that "20+ in phones 20+ in bacco both days" referred to making approximately $20,000 from the sale of such contraband cellular phones and tobacco.

o. On or about August 18, 2025 – *i.e.*, the date of the August 18 Transaction – DENNIS and PAIGE exchanged a series of electronic messages in furtherance of the conspiracy. For example, PAIGE wrote to DENNIS, "50 this

weekend bro." DENNIS responded, "Your guy want phones too right," and PAIGE wrote, "Bro I just met with his peoples 5 bags!" DENNIS asked, "They big bags?" and PAIGE responded, "Yea it's odee bro." DENNIS then asked, "Do you think it's too much to bring in?" and PAIGE wrote, "We need two bags 10000000%" They then discussed who was assigned to the lobby of Fort Dix. DENNIS asked, "You gon bring a lot tonight," and PAIGE answered, "Just wax and papers. Anything that's not electronic" and "I'm tryna put it in the bag. Imma just stand it up like you. No bull s—t[.]" DENNIS wrote, "You should be good lmk when you get that touchdown." PAIGE wrote, "I got you. You know if I say turnover or interception. Yea I'm in cuffs." Based on my training and experience, and the investigation to date, I believe that DENNIS and PAIGE were discussing the contraband that they intended to smuggle into Fort Dix during the August 18 Transaction, including bags of THC wax and rolling papers. Moreover, I believe that PAIGE was informing DENNIS that if he successfully smuggled in the contraband, he would indicate this to DENNIS by stating "touchdown," and that if he was unsuccessful, and arrested, he would consider that to be a "turnover" or an "interception."

p. On or about August 20, 2025, DENNIS and PAIGE exchanged additional electronic messages. During this conversation, PAIGE wrote, "After this weekend. We gone be near 40" and "Tomorrow night electronics ... Friday night all bacco." DENNIS responded, "Yup this weekend we on 40 pack 🚀" and PAIGE added, "Ciggs and bacco." Based on my training and experience and the investigation to date, I believe that DENNIS and PAIGE were discussing the contraband that had previously been smuggled into Fort Dix, after the August 18 Transaction, and the profit they intended to make as a result of the smuggling.

q. On or about August 27, 2025, MCQUAY, using a contraband cellular phone, sent GERMAIN the following electronic message, "I got a BILLIONAIRE WHO WANTS 50 PHONES."

r. On or about August 29, 2025, MCQUAY, using a contraband cellular phone, sent GERMAIN the following electronic messages, "Need needles for a gun[.] Need 3 more guns." Based on my training and experience and the investigation to date, I believe that MCQUAY and GERMAIN were discussing tattoo guns and needles to be used with tattoo guns.

s. Later on or about August 29, 2025, MCQUAY sent GERMAIN a link to a website for a tattoo needle "kit."

t. On or about September 5, 2025, NAVARRO-PALMER used Telegram to send GERMAIN the following message: "Yo bro ... I need you to let me know what's what I can't tell how much is in the ones that you did in each joint." Based on my training and experience and the investigation to date, I believe that NAVARRO-PALMER was asking GERMAIN to provide more information regarding

the quantity of a particular type of contraband – likely the THC wax, which, as detailed herein, was sent in separate packages – that was included in packages that had been provided to the Inmates.

u. The co-conspirators used electronic payment platforms to exchange funds between each other and others soon before and soon after these deliveries. The investigation revealed that inmates sent funds to MCQUAY and NAVARRO-PALMER and they or their associates sent the money to GERMAIN and/or Individual-1, who then transferred money to PAIGE and/or DENNIS. Certain examples are detailed in the overt acts, below.

v. On or about July 11, 2025, MCQUAY used Cash App to send Individual-1 $2,000. That same amount was then transferred from Individual-1's Cash App account to Individual-1's Apple Pay account.

w. On or about July 11, 2025, Individual-1's Apple Pay account was used to transfer $2,000 to GERMAIN's Apple Pay Account.

x. On or about July 11, 2025, GERMAIN's Apple Pay account was then used to send PAIGE $1,500.

y. Shortly before and soon after the August 18 Transaction, the following transactions were conducted using accounts associated with the defendants and their co-conspirators, using either Apple Pay, Zelle, or CashApp, often associated with cryptic memos:[6]

| Approximate Date | Transaction Details, Including Approximate Amount | Associated Memo |
|---|---|---|
| 8/11/2025 | GERMAIN received $3,000 from CO-CONSPIRATOR-1 | |
| 8/12/2025 | PAIGE received $2,200 from Individual-1 | |
| 8/12/2025 | GERMAIN transferred $1,000 to PAIGE | |

[6] Based on my training and experience and the investigation to date, I know that individuals attempting to send proceeds of illegal activity via mobile applications often associate the transactions with these types of memoranda in hopes of concealing the true nature of the transactions.

| | | |
|---|---|---|
| 8/12/2025 | GERMAIN received $7,500 from Individual-1 | "Get the roof fixed" |
| 8/12/2025 | GERMAIN sent $2,200 to Individual-1 | "Change from the roof being fixed" |
| 8/12/2025 | GERMAIN attempted, via two failed transactions, to send $11,400 to PAIGE | |
| 8/12/2025 | GERMAIN sent $5,000 to DENNIS | "Sold me used car" |
| 8/13/2025 | GERMAIN received $1,500 from CO-CONSPIRATOR-1 | |
| 8/14/2025 | GERMAIN sent $3,500 to PAIGE | |
| 8/14/2025 | PAIGE received $400 from Individual-1 | |
| 8/14/2025 | GERMAIN sent $4,300 to PAIGE | |
| 8/16/2025 | Individual-1 sent $6,000 to GERMAIN | "Down deposit for apartment" |
| 8/16/2025 | GERMAIN sent $5,400 to PAIGE | |
| 8/16/2025 | GERMAIN sent $6,000 to DENNIS | "Yard work" |
| 8/17/2025 | GERMAIN received $2,000 from Individual-2 | "Monster" |
| 8/17/2025 | GERMAIN sent PAIGE $1,000 | "Order season tickets" |
| 8/18/2025 | Individual-1 sent GERMAIN $6,000 | "Order our season tickets" |
| 8/18/2025 | GERMAIN sent DENNIS $5,000 | "Concert tickets" |
| 8/20/2025 | Individual-1 sent GERMAIN $6,800 | "Vacation" |
| 8/20/2025 | GERMAIN sent DENNIS $5,000 | "New ceiling fan" |
| 8/20/2025 | GERMAIN sent PAIGE $1,000 | "Shopping for trip" |

| | | |
|---|---|---|
| 8/20/2025 | GERMAIN sent PAIGE $2,500 | "Rest of money for season tickets" |
| 8/22/2025 | GERMAIN sent PAIGE $2,100 | "Pay for the rental" |
| 8/23/2025 | GERMAIN sent Individual-1 $500 | |
| 8/24/2025 | Individual-1 sent GERMAIN $5,000 | "Everything you need for vacation" |
| 8/24/2025 | GERMAIN sent DENNIS a total of approximately $7,500 | "Portion of mortgage deposit" |
| 8/26/2025-8/29/2025 | GERMAIN sent PAIGE a total of approximately $9,000 | |
| 9/2/2025 | GERMAIN received $2,000 from Individual-2 | "From Monster" |
| 9/2/2025 | GERMAIN sent "PAIGE $800 | "Some money for school shopping" |
| 9/4/2025 | GERMAIN sent PAIGE $2,500 | "Vacation air bnb" |

z. On or about October 25, 2025, NAVARRO-PALMER attempted to use Cash App to send a total of $3,100 to GERMAIN with the associated subject, "Kitchen Repair," but the transactions were unsuccessful.

aa. From on or about October 28, 2025 through on or about May 25, 2026, NAVARRO-PALMER used Venmo to send GERMAIN cash via the following transactions:

| Approximate Date | Transaction Details, Including Approximate Amount | Associated Memo |
|---|---|---|
| 10/28/2025 | NAVARRO-PALMER sent GERMAIN $2,000 | "Kitchen Repair" |
| 10/30/2025 | NAVARRO-PALMER sent GERMAIN $1,000 | "Kitchen Repair" |

| | | |
|---|---|---|
| 12/8/2025 | NAVARRO-PALMER sent GERMAIN $1,000 | "Home Repairs" |
| 12/24/2025 | NAVARRO-PALMER sent GERMAIN $1,000 | "Home Repairs" |
| 1/19/2026 | NAVARRO-PALMER sent GERMAIN $1,600 | "Home Repairs" |
| 1/27/2026 | NAVARRO-PALMER sent GERMAIN $500 | "Home Repairs" |
| 3/9/2026 | NAVARRO-PALMER sent GERMAIN $1,300 | "Home Repairs" |
| 3/23/2026 | NAVARRO-PALMER sent GERMAIN $1,600 | "Home Repairs" |
| 3/25/2026 | NAVARRO-PALMER sent GERMAIN $1,475 | "Home Repairs" |
| 3/28/2026 | NAVARRO-PALMER sent GERMAIN $1,950 | "Home Repairs" |
| 3/29/2026 | NAVARRO-PALMER sent GERMAIN $1,950 | "Home Repairs" |
| 3/30/2026 | NAVARRO-PALMER sent GERMAIN $1,950 | "Home Repairs" |
| 3/31/2026 | NAVARRO-PALMER sent GERMAIN $975 | "Home Repairs" |
| 3/31/2026 | NAVARRO-PALMER sent GERMAIN $975 | "Home Repairs" |
| 4/7/2026 | NAVARRO-PALMER sent GERMAIN $300 | "Home Repairs" |
| 4/17/2026 | NAVARRO-PALMER sent GERMAIN $2,998.27 | "Home Repairs" |
| 4/21/2026 | NAVARRO-PALMER sent GERMAIN $800 | "Home Repairs" |

| | | |
|---|---|---|
| 4/21/2026 | NAVARRO-PALMER sent GERMAIN $12 | "Food" |
| 5/11/2026 | NAVARRO-PALMER sent GERMAIN $1,000 | "Home Repairs" |
| 5/25/2026 | NAVARRO-PALMER sent GERMAIN $1,800 | "Home Repairs" |