**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON** | **September 16, 2026**
**MAGISTRATE JUDGE: BONGIOVANNI** | **DATE OF PROCEEDINGS**
**Digitally Recorded: John Moller**

**TITLE OF CASE**: **26-MJ-3047 (TJB)-1**

UNITED STATES OF AMERICA
V.
CAMERON PAIGE
DEFENDANT PRESENT

**APPEARANCES:**

Francesca Liquori, AUSA for Government
John Holliday, Esq., CJA counsel for Defendant
Sandra Marin, Pretrial Services Officer

**NATURE OF PROCEEDING:** Initial Appearance on Complaint

Financial affidavit submitted.
Ordered application granted.
Hearing on application by defendant for appointment of counsel.
Ordered application granted.
John Holliday, Esq., appointed as CJA counsel.
Initial appearance held.
Defendant advised of his rights, charges, and penalties.
Counsel waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
Brady Order to be entered.
Ordered bail set at $25,000 unsecured bond.
Order Setting Conditions of Release to be entered.

TIME COMMENCED: 11:20 a.m.
TIME ADJOURNED: 11:30 a.m.
TOTAL TIME: 10 MINUTES

s/ John Moller
Deputy Clerk