UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 26-3047-5 (TJB) |
| | : | |
| | : | **ORDER OF DETENTION PENDING** |
| KEITH NAVARRO-PALMER | : | **TRIAL** |

This matter having come before the Court on November 10, 2026 for an initial appearance, with defendant Keith Navarro-Palmer (by Keith Oliver, Esq., appearing) and the United States of America, Robert Frazer, United States Attorney for the District of New Jersey (by Francesca Liquori, Assistant U.S. Attorney, appearing), and defendant Navarro-Palmer having consented to detention with the right to make a bail application at a later time;

IT IS, hereby, on this 13th day of November, 2026,

ORDERED that defendant Navarro-Palmer is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Navarro-Palmer be afforded a reasonable opportunity for private consultation with defense counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any court of the United States of competent jurisdiction or on request of an attorney for the United States, the person in charge of the corrections

facility in which defendant Navarro-Palmer is confined shall be deliver the defendant to a United States Marshal for the purpose of appearances in connection with court proceedings.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge