AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
KEITH NAVARRO PALMER,
a/k/a "Monster"

*Defendant*

Case No. Mag. No. 26-3047 (TJB)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KEITH NAVARRO PALMER, a/k/a "Monster", who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to provide contraband in prison, 18 U.S.C. § 371

Date: September 14 2026

*Issuing officer's signature*

City and state: District of New Jersey

Hon. Tonianne J. Bongiovanni, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 9/14/26, and the person was arrested on *(date)* 11/10/26 at *(city and state)* Trenton, NJ.

Date: 11/10/26

*Arresting officer's signature*

Michael Kozyra DUSM
*Printed name and title*